UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETT

| | |
|---|---|
| KELLY SHEA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL COLLEGE,<br><br>    Defendant. | Civil Action No. 1:24-cv-11449-AK |

## DEFENDANT AMERICAN INTERNATIONAL COLLEGE'S MOTION TO DISMISS

NOW COMES Defendant American International College ("AIC"), by and through counsel, and submits this motion to dismiss Plaintiff's Complaint under Rules 12(b)(1) and 12(b)(6) of Federal Rules of Civil Procedure.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, AIC requests that this Court grant its motion to dismiss the Complaint in its entirety, either without prejudice under Rule 12(b)(1) or with prejudice under Rule 12(b)(6).

Dated: August 30, 2024

                                              Respectfully Submitted,

                                              */s/ Ben N. Dunlap*
                                              Ben N. Dunlap, BBO #661648
                                              bdunlap@fmglaw.com
                                              Freeman Mathis & Gary, LLP
                                              60 State Street, Suite 600
                                              Boston, MA 02109-1800
                                              Tel. (617) 963-5973

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned certifies that counsel for the Defendant conferred with counsel for the Plaintiff on August 29, 2024, in an effort to resolve or narrow the issues presented in this motion.

*/s/ Ben N. Dunlap*

_____

Ben N. Dunlap

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served by e-mail and/or electronic filing on counsel of record this 30th day of August, 2024:

Anthony Paronich, Esq
Paronich Law, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Anthony@paronichlaw.com

Samuel J. Strauss, Esq.
Raina Borrelli, Esq.
Cassandra Miller, Esq.
Strauss Borrelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
cmiller@straussborrelli.com

*/s/ Ben N. Dunlap*
_____
Ben N. Dunlap