UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY SHEA, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL COLLEGE,<br><br>   Defendant. | Civil Action No. 1:24-cv-11449-AK |

## DEFENDANT AMERICAN INTERNATIONAL COLLEGE'S ASSENTED-TO MOTION FOR EXTENSTION OF TIME TO FILE ANSWER

The Defendant American International College ("AIC") hereby moves, with the assent of the Plaintiff Kelly Shea, for a 10-day extension of time for the Defendant to respond to the Amended Complaint. In support of this assented-to motion, Defendant states as follows:

1. The Memorandum and Order on Defendant's Motion to Dismiss the Amended Complaint was issued on September 5, 2025, allowing in part and denying in part the Motion to Dismiss.

2. The parties have conferred and agreed that Defendant shall have until September 30, 2025 to file a response to the Amended Complaint.

WHEREFORE, Defendant, with the assent of Plaintiff, respectfully requests this Court grant this motion and extend the deadline for Defendant's response to the Amended Complaint until September 30, 2025.

Respectfully Submitted,

*/s/ Ben N. Dunlap* _____
Ben N. Dunlap, BBO #661648
bdunlap@fmglaw.com
Freeman Mathis & Gary, LLP
One Boston Place, Suite 2200
Boston, MA 02108
Tel. (617) 963-5973

Dated: September 12, 2025

## **LOCAL RULE 7.1 CERTIFICATION**

      The undersigned certifies that counsel for the Defendant conferred with counsel of record for the Plaintiff, who represented that the Plaintiff assents to the motion.

*/s/ Ben N. Dunlap*

_____

Ben N. Dunlap

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been served by e-mail and/or electronic filing on counsel of record this 12th day of September, 2025:

Anthony Paronich, Esq
Paronich Law, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Anthony@paronichlaw.com

Samuel J. Strauss, Esq.
Raina Borrelli, Esq.
Cassandra Miller, Esq.
Strauss Borrelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
cmiller@straussborrelli.com

*/s/ Ben N. Dunlap*

_____

Ben N. Dunlap