UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KELLY SHEA, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

AMERICAN INTERNATIONAL COLLEGE,

    Defendant.

Civil Action No. 1:24-cv-11449-AK

**DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED
CLASS ACTION COMPLAINT**

COMES NOW Defendant American International College ("Defendant") and files this, its Answer to Plaintiff's First Amended Class Action Complaint ("Amended Complaint"), and by way of said Answer, respectfully responds to the allegations set forth in the Amended Complaint as follows:

**INTRODUCTION**

1.

Defendant admits that Paragraph 1 of the Amended Complaint contains Plaintiff's characterization of the instant action. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 1 of the Amended Complaint.

2.

Defendant admits that it experienced a cybersecurity incident in November 2023. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 2 of the Amended Complaint.

3.

Defendant admits that it notified certain individuals and regulators of the November 2023 cybersecurity incident in May 2024. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 3 of the Amended Complaint.

4.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Amended Complaint and, therefore, denies said allegations.

5.

Defendant denies the allegations set forth in Paragraph 5 of the Amended Complaint.

6.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Amended Complaint and, therefore, denies said allegations.

7.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Amended Complaint and, therefore, denies said allegations.

8.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Amended Complaint and, therefore, denies said allegations.

## **PARTIES**

9.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Amended Complaint and, therefore, denies said allegations.

10.

Defendant admits the allegations set forth in Paragraph 10 of the Amended Complaint.

## JURSIDICTION & VENUE

### 11.

Defendant admits that Plaintiff seeks to invoke the jurisdiction of this Court. Defendant denies the remaining allegations set forth in Paragraph 11 of the Amended Complaint.

### 12.

Defendant admits that Plaintiff seeks to invoke the jurisdiction of this Court. Defendant denies the remaining allegations set forth in Paragraph 12 of the Amended Complaint.

### 13.

Defendant admits that Plaintiff seeks to invoke venue in this district and division. Defendant denies the remaining allegations set forth in Paragraph 13 of the Amended Complaint.

## FACTUAL ALLEGATIONS

### 14.

Defendant admits that it is a private university located in Springfield Massachusetts and offers undergraduate and graduate education programs. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 14 of the Amended Complaint.

### 15.

Defendant denies the allegations set forth in Paragraph 15 of the Amended Complaint.

### 16.

Defendant denies the allegations set forth in Paragraph 16 of the Amended Complaint.

### 17.

Defendant denies the allegations set forth in Paragraph 17 of the Amended Complaint.

### 18.

Defendant denies the allegations set forth in Paragraph 18 of the Amended Complaint.

### 19.

Defendant denies the allegations set forth in Paragraph 19 of the Amended Complaint.

20.

Defendant admits the allegations set forth in Paragraph 20 of the Amended Complaint.

21.

Defendant admits that Paragraph 21 of the Amended Complaint contains an excerpt from Defendant's Privacy Policy. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 21 of the Amended Complaint.

22.

Defendant admits that it recognizes the importance of protecting the information it maintains. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 22 of the Amended Complaint.

23.

Defendant denies the allegations set forth in Paragraph 23 of the Amended Complaint.

24.

Defendant admits that it maintains student information in its computer systems. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 24 of the Amended Complaint.

25.

Defendant admits the allegations set forth in Paragraph 25 of the Amended Complaint.

26.

Defendant admits the allegations set forth in Paragraph 26 of the Amended Complaint.

27.

Defendant denies the allegations set forth in Paragraph 27 of the Amended Complaint.

28.

Defendant admits that Paragraph 28 of the Amended Complaint contains Plaintiff's characterization of the proposed class members. Defendant denies the remaining allegations set forth in Paragraph 28 of the Amended Complaint.

29.

Defendant admits the allegations set forth in Paragraph 29 of the Amended Complaint.

30.

Defendant denies the allegations set forth in Paragraph 30 of the Amended Complaint.

31.

Defendant denies the allegations set forth in Paragraph 31 of the Amended Complaint.

32.

Defendant denies the allegations set forth in Paragraph 32 of the Amended Complaint.

33.

Defendant denies the allegations set forth in Paragraph 33 of the Amended Complaint.

34.

Defendant denies the allegations set forth in Paragraph 34 of the Amended Complaint.

35.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Amended Complaint and, therefore, denies said allegations.

36.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Amended Complaint and, therefore, denies said allegations.

37.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Amended Complaint and, therefore, denies said allegations.

38.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Amended Complaint and, therefore, denies said allegations.

39.

Defendant denies the allegations set forth in Paragraph 39 of the Amended Complaint.

40.

Defendant denies the allegations set forth in Paragraph 40 of the Amended Complaint.

41.

Defendant denies the allegations set forth in Paragraph 41 of the Amended Complaint.

42.

Defendant admits that Paragraph 42 of the Amended Complaint contains excerpts from Plaintiff's Exhibit A to the Amended Complaint. Defendant denies the remaining allegations set forth in Paragraph 42 of the Amended Complaint.

43.

Defendant denies the allegations set forth in Paragraph 43 of the Amended Complaint.

44.

Defendant denies the allegations set forth in Paragraph 44 of the Amended Complaint.

45.

Defendant denies the allegations set forth in Paragraph 45 of the Amended Complaint.

46.

Defendant denies the allegations set forth in Paragraph 46 of the Amended Complaint.

47.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Amended Complaint and, therefore, denies said allegations.

48.

Defendant denies the allegations set forth in Paragraph 48 of the Amended Complaint.

49.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Amended Complaint and, therefore, denies said allegations.

50.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Amended Complaint and, therefore, denies said allegations.

51.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Amended Complaint and, therefore, denies said allegations.

52.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Amended Complaint and, therefore, denies said allegations.

53.

Defendant denies the allegations set forth in Paragraph 53 of the Amended Complaint.

54.

Defendant denies the allegations set forth in Paragraph 54 of the Amended Complaint.

55.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Amended Complaint and, therefore, denies said allegations.

56.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Amended Complaint and, therefore, denies said allegations.

57.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Amended Complaint and, therefore, denies said allegations.

58.

Defendant denies the allegations set forth in Paragraph 58 of the Amended Complaint.

59.

Defendant denies the allegations set forth in Paragraph 59 of the Amended Complaint.

60.

Defendant denies the allegations set forth in Paragraph 60 of the Amended Complaint.

61.

Defendant denies the allegations set forth in Paragraph 61 of the Amended Complaint.

62.

Defendant admits that Plaintiff is a former student. Defendant denies the remaining allegations set forth in Paragraph 62 of the Amended Complaint.

63.

Defendant admits that Plaintiff provided personal information to Defendant. Defendant denies the remaining allegations set forth in Paragraph 63 of the Amended Complaint.

64.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Amended Complaint and, therefore, denies said allegations.

65.

Defendant denies the allegations set forth in Paragraph 65 of the Amended Complaint.

66.

Defendant denies the allegations set forth in Paragraph 66 of the Amended Complaint.

67.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Amended Complaint and, therefore, denies said allegations.

68.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Amended Complaint and, therefore, denies said allegations.

69.

Defendant denies the allegations set forth in Paragraph 69 of the Amended Complaint.

70.

Defendant denies the allegations set forth in Paragraph 70 of the Amended Complaint.

71.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Amended Complaint and, therefore, denies said allegations.

72.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Amended Complaint and, therefore, denies said allegations.

73.

Defendant denies the allegations set forth in Paragraph 73 of the Amended Complaint.

74.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Amended Complaint and, therefore, denies said allegations.

75.

Defendant denies the allegations set forth in Paragraph 75 of the Amended Complaint.

76.

Defendant denies the allegations set forth in Paragraph 76 of the Amended Complaint.

77.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of the Amended Complaint and, therefore, denies said allegations.

78.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Amended Complaint and, therefore, denies said allegations.

79.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Amended Complaint and, therefore, denies said allegations.

80.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Amended Complaint and, therefore, denies said allegations.

81.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Amended Complaint and, therefore, denies said allegations.

82.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Amended Complaint and, therefore, denies said allegations.

83.

Defendant denies the allegations set forth in Paragraph 83 of the Amended Complaint.

84.

Defendant denies the allegations set forth in Paragraph 84 of the Amended Complaint.

85.

Defendant denies the allegations set forth in Paragraph 85 of the Amended Complaint.

86.

Defendant admits Paragraph 86 of the Amended Complaint contains Plaintiff's interpretation of and/or viewpoints of the Federal Trade Commission and its perspectives on data privacy and/or security. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 86 of the Amended Complaint.

87.

Defendant admits Paragraph 87 of the Amended Complaint contains Plaintiff's interpretation of and/or viewpoints of the Federal Trade Commission and its perspectives on data

privacy and/or security. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 87 of the Amended Complaint.

88.

Defendant admits Paragraph 88 of the Amended Complaint contains Plaintiff's interpretation of and/or viewpoints of the Federal Trade Commission and its perspectives on data privacy and/or security. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 88 of the Amended Complaint.

89.

Defendant admits Paragraph 89 of the Amended Complaint contains Plaintiff's interpretation of and/or viewpoints of the Federal Trade Commission and its perspectives on data privacy and/or security. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 89 of the Amended Complaint.

90.

Defendant admits Paragraph 90 of the Amended Complaint contains Plaintiff's interpretation of and/or viewpoints of the Federal Trade Commission and its perspectives on data privacy and/or security. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 90 of the Amended Complaint.

91.

Defendant denies the allegations set forth in Paragraph 91 of the Amended Complaint.

92.

Defendant admits Paragraph 92 of the Amended Complaint contains Plaintiff's interpretation of and/or viewpoints on industry standards regarding data privacy and/or security.

Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 92 of the Amended Complaint.

93.

Defendant admits Paragraph 93 of the Amended Complaint contains Plaintiff's interpretation of and/or viewpoints on industry standards regarding data privacy and/or security. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 93 of the Amended Complaint.

94.

Defendant denies the allegations set forth in Paragraph 94 of the Amended Complaint.

95.

Defendant denies the allegations set forth in Paragraph 95 of the Amended Complaint.

## CLASS ACTION ALLEGATIONS

96.

Defendant admits Paragraph 96 of the Amended Complaint contains Plaintiff's description of the proposed class. Defendant denies the remaining allegations set forth in Paragraph 96 of the Amended Complaint.

97.

Defendant admits Paragraph 97 of the Amended Complaint contains Plaintiff's description of the proposed class. Defendant denies the remaining allegations set forth in Paragraph 97 of the Amended Complaint.

98.

Defendant denies the allegations set forth in Paragraph 98 of the Amended Complaint.

99.

Defendant denies the allegations set forth in Paragraph 99 of the Amended Complaint.

## FIRST CLAIM FOR RELEIF
### Negligence
### (On Behalf of Plaintiff and the Class)

100.

Defendant incorporates by reference its defenses and responses to all preceding Paragraphs of the Amended Complaint as if full set forth herein.

101.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Amended Complaint and, therefore, denies said allegations.

102.

Defendant lacks information and knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Amended Complaint and, therefore, denies said allegations.

103.

Defendant denies the allegations set forth in Paragraph 103 of the Amended Complaint.

104.

Defendant denies the allegations set forth in Paragraph 104 of the Amended Complaint.

105.

Defendant denies the allegations set forth in Paragraph 105 of the Amended Complaint.

106.

Defendant denies the allegations set forth in Paragraph 106 of the Amended Complaint.

107.

Defendant denies the allegations set forth in Paragraph 107 of the Amended Complaint.

108.

Defendant denies the allegations set forth in Paragraph 108 of the Amended Complaint.

109.

Defendant denies the allegations set forth in Paragraph 109 of the Amended Complaint.

110.

Defendant denies the allegations set forth in Paragraph 110 of the Amended Complaint.

111.

Defendant denies the allegations set forth in Paragraph 111 of the Amended Complaint.

112.

Defendant denies the allegations set forth in Paragraph 112 of the Amended Complaint.

113.

Defendant denies the allegations set forth in Paragraph 113 of the Amended Complaint.

114.

Defendant denies the allegations set forth in Paragraph 114 of the Amended Complaint.

115.

Defendant denies the allegations set forth in Paragraph 115 of the Amended Complaint.

116.

Defendant denies the allegations set forth in Paragraph 116 of the Amended Complaint.

117.

Defendant denies the allegations set forth in Paragraph 117 of the Amended Complaint.

118.

Defendant denies the allegations set forth in Paragraph 118 of the Amended Complaint.

119.

Defendant denies the allegations set forth in Paragraph 119 of the Amended Complaint.

120.

Defendant denies the allegations set forth in Paragraph 120 of the Amended Complaint.

**SECOND CLAIM FOR RELIEF**
**Breach of Implied Contract**
**(On Behalf of Plaintiff and the Class)**

121.

Defendant incorporates by reference its defenses and responses to all preceding Paragraphs of the Amended Complaint as if full set forth herein.

122.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 122 of the Amended Complaint.

123.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 123 of the Amended Complaint.

124.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 124 of the Amended Complaint.

125.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 125 of the Amended Complaint.

126.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 126 of the Amended Complaint.

127.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 127 of the Amended Complaint.

128.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a

response is required, Defendant denies the allegations set forth in Paragraph 128 of the Amended Complaint.

129.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 129 of the Amended Complaint.

130.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 130 of the Amended Complaint.

131.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 131 of the Amended Complaint.

132.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 132 of the Amended Complaint.

133.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 133 of the Amended Complaint.

134.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 134 of the Amended Complaint.

135.

On September 5, 2025, this Court dismissed Plaintiff's Second Claim for Relief, Plaintiff's breach of implied contract claim [Doc. 28]. Therefore, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 135 of the Amended Complaint.

## THIRD CLAIM FOR RELEIF
### Unjust Enrichment
### (On Behalf of Plaintiff and the Class)

136.

Defendant incorporates by reference its defenses and responses to all preceding Paragraphs of the Amended Complaint as if full set forth herein.

137.

Defendant admits that Paragraph 137 of the Amended Complaint contains Plaintiff's characterization of her third claim for relief. Defendant denies the remaining allegations set forth in Paragraph 137 of the Amended Complaint.

138.

Defendant denies the allegations set forth in Paragraph 138 of the Amended Complaint.

139.

Defendant denies the allegations set forth in Paragraph 139 of the Amended Complaint.

140.

Defendant denies the allegations set forth in Paragraph 140 of the Amended Complaint.

141.

Defendant denies the allegations set forth in Paragraph 141 of the Amended Complaint.

142.

Defendant denies the allegations set forth in Paragraph 142 of the Amended Complaint.

143.

Defendant denies the allegations set forth in Paragraph 143 of the Amended Complaint.

**FOURTH CLAIM FOR RELIEF**
**Invasion of Privacy**
**(On Behalf of the Plaintiff and the Class)**

144.

Defendant incorporates by reference its defenses and responses to all preceding Paragraphs of the Amended Complaint as if full set forth herein.

145.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 145 of the Amended Complaint.

146.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 146 of the Amended Complaint.

147.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 147 of the Amended Complaint.

148.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 148 of the Amended Complaint.

149.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a

response is required, Defendant denies the allegations set forth in Paragraph 149 of the Amended Complaint.

150.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 150 of the Amended Complaint.

151.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 151 of the Amended Complaint.

152.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 152 of the Amended Complaint.

153.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 153 of the Amended Complaint.

154.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 154 of the Amended Complaint.

155.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 155 of the Amended Complaint.

156.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 156 of the Amended Complaint.

157.

On September 5, 2025, this Court dismissed Plaintiff's Fourth Claim for Relief, Plaintiff's invasion of privacy claims [Doc. 28]. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 157 of the Amended Complaint.

## FIFTH CLAIM FOR RELIEF
### Violations of the Massachusetts Consumer Protection Act
### Mass. Gen. Laws. Ann. Ch. 93A §§1, *et seq.*
### (On Behalf of the Plaintiff and the Class)

158.

Defendant incorporates by reference its defenses and responses to all preceding Paragraphs of the Amended Complaint as if full set forth herein.

159.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 159 of the Amended Complaint.

160.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 160 of the Amended Complaint.

161.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 161 of the Amended Complaint.

162.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 162 of the Amended Complaint.

163.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 163 of the Amended Complaint.

164.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 164 of the Amended Complaint.

165.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 165 of the Amended Complaint.

166.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 166 of the Amended Complaint.

167.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 167 of the Amended Complaint.

168.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 168 of the Amended Complaint.

169.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 169 of the Amended Complaint.

170.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 170 of the Amended Complaint.

171.

Plaintiff has voluntarily dismissed this Fifth Claim for Relief. Accordingly, no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 171 of the Amended Complaint.

## SIXTH CAUSE OF ACTION
### Declaratory Judgment
### (On Behalf of the Plaintiff and the Class)

172.

Defendant incorporates by reference its defenses and responses to all preceding Paragraphs of the Amended Complaint as if full set forth herein.

173.

Defendant admits that Paragraph 173 of the Amended Complaint contains Plaintiff's interpretation of and/or perspective of the Declaratory Judgment Act. Except as specifically admitted herein, Defendant denies the allegations set forth in Paragraph 173 of the Amended Complaint.

174.

Defendant denies the allegations set forth in Paragraph 174 of the Amended Complaint.

175.

Defendant denies the allegations set forth in Paragraph 175 of the Amended Complaint.

176.

Defendant denies the allegations set forth in Paragraph 176 of the Amended Complaint.

177.

Defendant denies the allegations set forth in Paragraph 177 of the Amended Complaint.

178.

Defendant denies the allegations set forth in Paragraph 178 of the Amended Complaint.

179.

Defendant denies the allegations set forth in Paragraph 179 of the Amended Complaint.

180.

Defendant denies the allegations set forth in Paragraph 180 of the Amended Complaint.

181.

Any allegations in the Amended Complaint not heretofore answered, qualified, or denied are here and now denied as though set forth specifically and denied, including Subparagraphs (A)-(J) of the Prayer for Relief that immediate follows Paragraph 180 of the Amended Complaint.

**WHEREFORE**, Defendant respectfully requests that this Court:

1. Dismiss with prejudice Plaintiff's Amended Complaint;

2. Award Defendant its reasonable attorney's fees, costs, and expenses; and

3. Award any and all other relief to Defendant that this Court may deem necessary and proper.

**DEFENDANT'S AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

The Amended Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Plaintiff's claims are barred because Plaintiff and/or putative class members have not sustained any actual damages or injury in fact and, therefore, lack standing to assert or pursue the claims in the Amended Complaint.

**THIRD DEFENSE**

This Court lacks personal jurisdiction as to the claims of absent class members who reside outside of Massachusetts or whose claims have no connection to Massachusetts.

**FOURTH DEFENSE**

Plaintiff and the putative class's claims against Defendant are barred, in whole or in part, because the alleged injuries were caused by acts or omissions of Plaintiff/the putative class members and/or third parties and/or by events outside the control of any of the parties and/or a superseding intervening cause and not by Defendant.

**FIFTH DEFENSE**

Plaintiff and the putative class's claims are barred under the doctrines of laches, estoppel, waiver, and/or unclean hands.

## SIXTH DEFENSE

To the extent that Plaintiff's and the purported class members' claims relate to conduct beyond the applicable statute of limitations, such claims are barred.

## SEVENTH DEFENSE

Plaintiff's and the purported class members' claims are barred, or damages reduced, to the extent that any harm or injuries were the result of, in whole or in part, the negligent or intentional acts or omissions of third parties.

## EIGHTH DEFENSE

This action, in whole or in part, is not maintainable as a class action because the proposed classes do not satisfy the requirements for class certification under Federal Rule of Civil Procedure 23, including, but not limited to, the class definitions, ascertainability, numerosity, commonality, typicality, adequacy of representation, superiority, and manageability. The damages sought by Plaintiff on behalf of the purported class cannot be recovered without specific proof by each purported class member that he or she has been injured.

## NINTH DEFENSE

Defendant is informed and believes that Plaintiff's claims and the claims of the putative class members are barred in whole or in part as a result of their failure to mitigate their alleged damages, if any, and any recovery should be reduced in proportion to their failure to mitigate such damages.

## TENTH DEFENSE

Plaintiff's and the putative class members' claims are barred, in whole or in part, because Plaintiffs' and the putative class members' requested relief is too speculative and/or remote and/or impossible to prove and/or allocate.

## ELEVENTH DEFENSE

Defendant acted in good faith in any and all interactions with Plaintiff and did not directly or indirectly perform any acts whatsoever which would constitute a violation of any rights of Plaintiff or any duty, if any, owed to Plaintiff.

## TWELFTH DEFENSE

Any damage, loss, or liability sustained by Plaintiff and attributable to Defendant, if any, must be reduced and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Defendant, including Plaintiff and/or third parties, under the principles of equitable allocation, recoupment, set-off, proportionate responsibility, and/or comparative negligence or fault.

## THIRTEENTH DEFENSE

Defendant pleads the applicability of all terms, conditions, limitations, and defenses of any and all agreements with Plaintiff and any members of the punitive classes, including, without limitation, any online user agreements set forth on Defendant's websites, or websites they are affiliated with. Such terms, conditions, limitations, and defenses include, without limitation, the requirement that the claims be resolved by way of binding arbitration, the prohibition on class actions, limitations on damages, prohibitions on certain types of damages and relief, and the release of all claims.

## FOURTEENTH DEFENSE

Defendant is without sufficient knowledge or information to form a belief as to whether it may have additional, but yet unstated, affirmative defenses available to it, and accordingly, Defendant reserves the right to assert additional defenses in the event discovery indicates that the same would be appropriate.

## JURY DEMAND

Defendant requests a trial by jury on all claims so triable.

Submitted this 30th day of September, 2025.

Respectfully Submitted,

*/s/ Ben N. Dunlap*
Ben N. Dunlap, BBO #661648
bdunlap@fmglaw.com
Freeman Mathis & Gary, LLP
One Boston Place, Suite 2200
Boston, MA 02108
Tel. (617) 963-5973

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served by e-mail and/or electronic filing on counsel of record this 30th day of September, 2025:

Anthony Paronich, Esq
Paronich Law, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Anthony@paronichlaw.com

Samuel J. Strauss, Esq.
Raina Borrelli, Esq.
Cassandra Miller, Esq.
Strauss Borrelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com
cmiller@straussborrelli.com

*/s/ Ben N. Dunlap*

_____
Ben N. Dunlap