UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KELLY SHEA**, on behalf of herself and all others similarly situated,<br>                    Plaintiffs,<br><br>v.<br><br>**AMERICAN INTERNATIONAL COLLEGE**,<br>                    Defendant. | Case No. 1:24-cv-11449-AK |

## [PROPOSED] SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ordered that:

A.    **Initial Disclosures:** required by Fed. R. Civ. P. 26(a)(1) must be completed within sixty (60) days of entry of this Order, by December 23, 2025.[1]

B.    **Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after April 22, 2026.

C.    **Fact Discovery Schedule – Interim Deadlines:**

1. *Plaintiff's Position*:

    Plaintiff objects to bifurcated discovery. It is Plaintiff's position that fact discovery related to the Data Breach and class discovery related to class certification are interrelated. Thus, a bifurcated or "phased" approach

---

[1] The Parties are actively engaged in settlement discussions and respectfully request sixty days to tender their Initial Disclosures pursuant to Rule 26(a)(1) in order to direct their efforts on resolving this litigation.

would lead to duplicative efforts which would strain the resources of the Parties and the Court.

    a. <u>Written discovery</u> (requests for production of documents, interrogatories, and request for admissions) shall be served no later than December 30, 2025.

    b. <u>Depositions</u>, other than expert depositions, shall be completed by August 28, 2026.

2. ***Defendant's Position***:

    Defendant proposes phased discovery, with the first phase addressing class certification and the second phase addressing merits issues.

    a. <u>Written discovery</u> (requests for production of documents, interrogatories, and request for admissions) addressing class certification issues shall be served no later than December 30, 2025.

    b. Depositions addressing class certification issues shall be completed by August 28, 2026.

    c. Written discovery (requests for production of documents, interrogatories, and request for admissions) addressing merits issues shall be served no later than 60 days after the Court's ruling on the Plaintiff's Motion for Class Certification.

    d. Depositions addressing merits issues shall be completed within 180 days after the Court's ruling on the Plaintiff's Motion for Class Certification.

**D.**     <u>**Fact Discovery – Final Deadline:**</u>

1. *Plaintiff's Position*:

All discovery, other than expert discovery, must be completed by October 30, 2026.

2. *Defendant's Position*:

All discovery concerning class certification issues must be completed by October 30, 2026. All discovery concerning merits issues, other than expert discovery, must be completed within 210 days after the Court's ruling on the Plaintiff's Motion for Class Certification.

    **E.**    **Status Conference:** The Court will schedule a status conference at or near the close of fact discovery for case management purposes. Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

    **F.**  **Motion for Class Certification and Deadlines for Expert Discovery:**

       1. *Plaintiff's Position*:

          a. Plaintiff shall file his Motion for Class Certification and shall disclose his experts pursuant to Fed. R. Civ. P. 26(a)(2) by November 30, 2026.

          b. Defendant shall raise any objections to Plaintiff's experts, shall file a response to Plaintiff's Motion for Class Certification, and shall disclose its experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 14, 2027.

          c. Plaintiff shall file his reply in support of his Motion for Class Certification and disclose his rebuttal experts by February 14, 2027.

          d. Defendant shall disclose its rebuttal experts by March 16, 2027.

       2. *Defendant's Position*:

          a. Plaintiff shall file a Motion for Class Certification by November 30, 2026.

          b. Defendant shall file a response to Plaintiff's Motion for Class Certification by January 14, 2027.

      c. Plaintiff shall file a reply in support of the Motion for Class Certification by February 14, 2027.

      d. Plaintiff shall disclose experts within 240 days after the Court's ruling on the Motion for Class Certification.

      e. Defendant shall disclose experts within 270 days after the Court's ruling on the Motion for Class Certification.

**G.** **<u>Dispositive Motions:</u>** The Parties respectfully request that the Court set a status hearing after its ruling on Plaintiff's Motion for Class Certification to set a schedule on dispositive motions.

**H.** **<u>Trial by Magistrate Judge:</u>** The Parties do not consent to trial by magistrate Judge at this time.

**SO ORDERED.**

**Dated:**

 

---

**HONORABLE ANGEL KELLEY**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

      I, Cassandra Miller, hereby certify that on October 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 29th day of October, 2025.

                                  STRAUSS BORRELLI PLLC

                              By:  */s/ Cassandra Miller*
                                   Cassandra Miller
                                   cmiller@straussborrelli.com
                                   STRAUSS BORRELLI PLLC
                                   One Magnificent Mile
                                   980 N Michigan Avenue, Suite 1610
                                   Chicago IL, 60611
                                   Telephone: (872) 263-1100
                                   Facsimile: (872) 263-1109