UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KELLY SHEA**, on behalf of herself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>**AMERICAN INTERNATIONAL COLLEGE**,<br>　　　　　　　　Defendant. | Case No. 1:24-cv-11449-AK |

**[REVISED-PROPOSED] SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ordered that:

　　A.　**Initial Disclosures**: Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed within sixty (60) days of entry of this Order, by **December 23, 2025**.[1]

　　B.　**Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **April 22, 2026**.

　　C.　**Fact Discovery Schedule – Interim Deadlines:** There shall be no bifurcation between class certification and merits discovery. The parties shall proceed with discovery on all issues concurrently and in accordance with the following schedule:

　　　　1.　Initial Written Discovery: Initial written discovery (requests for production of documents, interrogatories, and request for admissions) shall be served no later than **December 30, 2025**.

---

[1] The Parties are actively engaged in settlement discussions and respectfully request sixty days to tender their Initial Disclosures pursuant to Rule 26(a)(1) in order to direct their efforts on resolving this litigation.

1

2. <u>Discovery Needed for Class Certification:</u> Without bifurcating discovery, all fact discovery needed in support of or in opposition to class certification, except for expert discovery as set forth below, shall be completed by **August 28, 2026**.

D. **<u>Status Conference:</u>** The Court will schedule a status conference at or near the close of fact discovery for case management purposes. Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

E. **<u>Motion for Class Certification and Deadlines for Expert Discovery:</u>**

1. Plaintiff shall file her Motion for Class Certification and shall disclose her experts pursuant to Fed. R. Civ. P. 26(a)(2) by **June 24, 2026**.

2. Defendant shall raise any objections to Plaintiff's experts, shall file a response to Plaintiff's Motion for Class Certification, and shall disclose its experts pursuant to Fed. R. Civ. P. 26(a)(2) by **August 10, 2026**.

3. Plaintiff shall file her reply in support of her Motion for Class Certification and disclose her rebuttal experts by **September 9, 2026**.

4. Defendant shall disclose its rebuttal experts by **October 9, 2026**.

F. **<u>Dispositive Motions:</u>** The Parties respectfully request that the Court set a status hearing after its ruling on Plaintiff's Motion for Class Certification to set a schedule on dispositive motions and any remaining or supplemental discovery needed in advance of those motions.

G. **<u>Trial by Magistrate Judge:</u>** The Parties do not consent to trial by magistrate Judge at this time.

**SO ORDERED.**

**Dated:**

                                                **HONORABLE ANGEL KELLEY**
                                                **UNITED STATES DISTRICT JUDGE**