UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KELLY SHEA**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN INTERNATIONAL COLLEGE**,<br><br>Defendant. | Case No. 1:24-cv-11449-AK |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Kelly Shea and Defendant American International College (collectively, the "Parties"), by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a class-wide settlement in principle in this matter. The proposed settlement is subject to and contingent upon the Court's approval.

The Parties anticipate filing a motion for preliminary approval of the class settlement within forty-five (45) days. Accordingly, the Parties respectfully request that the Court stay all deadlines for a period of forty-five (45) days to permit the Parties to finalize the settlement agreement and file either a motion for preliminary approval or a joint status report on the progress of the motion for preliminary approval.

Dated: December 29, 2025

*/s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610

Dated: December 29, 2025

*/s/ Ben N. Dunlap*
Ben N. Dunlap, BBO #661648
FREEMAN MATHIS & GARY, LLP
One Boston Place, Suite 2200
Boston, MA 02108

Chicago, IL 60611  
Telephone: (872) 263-1100  
Facsimile: (872) 263-1109  
cmiller@straussborrelli.com

Anthony Paronich  
PARONICH LAW, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
Telephone: (617) 485-0018  
Facsimile: (508) 318-8100  
anthony@paronichlaw.com

*Attorneys for Plaintiff and Proposed Class*

Telephone: (617) 963-5973  
bdunlap@fmglaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on December 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 29th day of December, 2025.

        STRAUSS BORRELLI PLLC

By: */s/ Cassandra P. Miller*
    Cassandra P. Miller
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    cmiller@straussborrelli.com