UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KELLY SHEA**, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**AMERICAN INTERNATIONAL COLLEGE**,<br><br>       Defendant. | Case No. 1:24-cv-11449-AK |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Plaintiff Kelly Shea and Defendant American International College (collectively, the "Parties"), by and through their respective undersigned counsel, pursuant to the Court's Electronic Order dated December 30, 2025 (Dkt. 39), respectfully submit this Joint Status Report.

1. On December 29, 2025, the Parties filed a Joint Notice of Settlement advising the Court that they had reached a class-wide settlement in principle, subject to Court approval.

2. The Court thereafter stayed all deadlines for forty-five (45) days to allow the Parties to finalize the settlement agreement and file either a motion for preliminary approval or a joint status report regarding the progress of the motion.

3. Since entry of the Court's Order, the Parties have been diligently working to finalize the written settlement agreement and the materials required for preliminary approval, including the long-form notice, summary notice, claim form, and supporting declarations.

4. The Parties have made substantial progress and are in the final stages of completing the settlement documentation and coordinating with the proposed Settlement Administrator regarding notice implementation and administration procedures.

5.  Additional time is necessary to finalize the agreement and supporting preliminary approval materials and to ensure accuracy and completeness of the submission to the Court.

6.  The Parties anticipate filing a motion for preliminary approval of the class settlement within thirty (30) days.

WHEREFORE, the Parties respectfully request an additional thirty (30) days to finalize the settlement documentation and file a motion for preliminary approval or a joint status report regarding the progress of preliminary approval.

Dated: February 13, 2026

*/s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and Proposed Class*

Dated: February 13, 2026

*/s/ Ben N. Dunlap*
Ben N. Dunlap, BBO #661648
FREEMAN MATHIS & GARY, LLP
One Boston Place, Suite 2200
Boston, MA 02108
Telephone: (617) 963-5973
bdunlap@fmglaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I, Cassandra P. Miller, hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 13th day of February, 2026.

        STRAUSS BORRELLI PLLC

       By: */s/ Cassandra P. Miller*
        Cassandra P. Miller
        STRAUSS BORRELLI PLLC
        One Magnificent Mile
        980 N. Michigan Ave., Suite 1610
        Chicago, IL 60611
        Telephone: (872) 263-1100
        Facsimile: (872) 263-1109
        cmiller@straussborrelli.com