UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KELLY SHEA**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**AMERICAN INTERNATIONAL COLLEGE**,<br><br>　　　　　　　Defendant. | Case No. 1:24-cv-11449-AK<br><br>Hon. Angel Kelley |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Kelly Shea ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves the Court to:

　　a.　　Appoint Plaintiff Kelly Shea as the Class Representative of the Settlement Class;

　　b.　　Appoint Cassandra P. Miller of Strauss Borrelli PLLC as Settlement Class Counsel;

　　c.　　Certify the Settlement Class under Federal Rule 23 for settlement purposes only;

　　d.　　Preliminarily approve the Settlement Agreement for purposes of disseminating notice to the Settlement Class;

　　e.　　Approve the form and contents of the Notice and the method of its dissemination to members of the Settlement Class; and

　　f.　　Schedule a Final Approval Hearing to consider comments or objections regarding the Settlement Agreement; determine whether the Settlement is fair, reasonable, and adequate; consider Class Counsel's application for attorneys' fees and costs and a service award to the Class Representative; and determine whether to enter a final judgment approving the Settlement.

This motion is based upon: (1) the accompanying Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; (2) the Declaration of Cassandra P. Miller and the exhibits thereto, including the Settlement Agreement (Exhibit 1); and (3) the Proposed Preliminary Approval Order submitted herewith.

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff certifies that they conferred with counsel for Defendant via email on March 16, 2026. Defendant does not oppose the relief sought in this motion.

Dated: March 16, 2026                    Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on March 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 16th day of March, 2026.

        STRAUSS BORRELLI PLLC

        By: */s/ Cassandra P. Miller*
            Cassandra P. Miller
            One Magnificent Mile
            980 N Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109
            cmiller@straussborrelli.com