**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **KELLY SHEA**, on behalf of herself and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>**AMERICAN INTERNATIONAL COLLEGE**,<br><br>       Defendant. | Case No. 1:24-cv-11449-AK<br><br>Judge Angel Kelley |

**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF**
**MOTION FOR ATTORNEY FEES AND COSTS AND SERVICE AWARD**

I, Cassandra P. Miller, am Class Counsel in this case and, being competent to testify, hereby declare as follows:

1. I am an attorney duly licensed to practice law, have extensive experience managing and resolving complex class actions and am currently serving as Lead or Co-Lead Counsel in numerous class actions involving data breaches and other privacy violations across the country. I am the lead attorney for Plaintiff in this Action and have been appointed Class Counsel for the proposed Settlement Class. I submit this declaration in support of Plaintiff's Motion for Attorney Fee Award and Costs and Service Award. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Strauss Borrelli has extensive experience prosecuting complex class actions, including data breach and other privacy class actions, through settlement. With respect to privacy cases, my firm and I are presently litigating dozens of cases across the country involving privacy violations, data breaches, and ransomware attacks.

1

3.      My experience and qualifications are further outlined in my declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ( ECF No. 44).

4.      As of this filing, no Settlement Class Member has excluded themselves from the Settlement and none have objected. Plaintiff will submit a declaration from Simpluris detailing the notice and claims administration with their Motion for Final Approval.

5.      After the Court granted preliminary approval of the Settlement on March 24, 2026 (ECF No. 45), Class Counsel, together with the Settlement Administrator, Simpluris, finalized the notice documents and settlement website, and issued notice on April 23, 2026.

### The Contingent Nature of the Case and the Legal Work Performed

6.      Since the inception of this case in June 2024, my firm has taken on this case on a purely contingent basis. As such, my firm assumed a significant risk of nonpayment or underpayment.

7.      My firm and I have spent significant time and resources prosecuting this Action, including by investigating the cause and effects of the American International College ("AIC" or "Defendant") Data Incident, interviewing potential class representatives, contributing to the evaluation of the merits of the case before filing the Complaint, conducting extensive research into the Data Incident, including the cybercriminal group allegedly responsible for the Data Incident, reviewing documents provided by Plaintiff, drafting and filing the Complaint; briefing the response and opposition to Defendant's motion to dismiss, preparing and serving informal discovery requests; reviewing and analyzing Defendant's informal discovery responses; engaging in extensive settlement negotiations with Defendant over the course of multiple months; drafting the settlement term sheet, Settlement Agreement, settlement notices, Plaintiff's Motion for

Preliminary Approval, and this instant motion for attorneys' fees; updating and handling questions from the Class Representative; overseeing the launching of the notice program with substantial interaction between us and the Settlement Administrator; and overseeing the claims process.

8. Based on my experience, my firm reasonably expects to spend an additional 30-40 hours through and after final approval, preparing motions, appearing at the final approval hearing, defending the Settlement from any potential objections, and supervising claims administration and the distribution of proceeds.

9. Such time could otherwise have been spent on other fee-generating work. Because Class Counsel undertook representation of this matter on a contingency-fee basis, we shouldered the risk of expending substantial costs and time in litigating the action without any monetary gain in the event of an adverse judgment.

10. Litigation is inherently unpredictable and therefore risky. Here, that risk was very real, due to the rapidly evolving nature of case law pertaining to data breach litigation, and the state of data privacy law. Therefore, despite Class Counsel's devotion to the case and our confidence in the claims alleged against Defendant, there have been many factors beyond our control that posed significant risks.

11. Class Counsel's fees are not guaranteed. The retainer agreement counsel has with Plaintiff did not provide for fees apart from those earned on a contingent basis, and, in the case of class settlement, approved by the court.

12. The Settlement Administrator in this case, Simpluris, provided an estimate to the Parties that Notice and Administrative Expenses in this matter would total $28,973.00.

**<u>Strauss Borrelli's Lodestar, Billing Rates, and Costs</u>**

13.     To date, Strauss Borrelli PLLC has accrued $630.00 in reasonable out-of-pocket expenses in connection with this litigation, including expenses incurred by local counsel on Strauss Borrelli's behalf. These expenses consist of filing fees and service fees, which are costs customarily incurred in prosecuting a complex class action. All such expenses were reasonable, necessary, and directly related to the prosecution and resolution of this action.

14.     Class Counsel reasonably anticipates incurring additional out-of-pocket expenses in connection with travel to and appearance at the Final Approval Hearing. Class Counsel will seek reimbursement only for actual, reasonable expenses incurred and will provide the Court with a final, itemized expense figure in connection with the motion for final approval.

15.     Class Counsel has expended 132.7 hours prosecuting this litigation, resulting in a total lodestar of $87,107.50. which represents approximately 33.3% of the $315,000 common fund and a lodestar multiplier of approximately 1.21. This multiplier reflects Class Counsel's excellent results achieved for the Settlement Class and further supports the reasonableness of the requested fee.

16.     A summary indicating the amount of time expended by the partners, associates, and professional support staff of Strauss Borrelli PLLC involved in the litigation as of June 4, 2026, is set forth below:

| Timekeeper | Position | Hourly Rate | Hours | Lodestar |
|---|---|---|---|---|
| Samuel Strauss | Partner | 800.00 | 16.60 | 13,280.00 |
| Raina Borrelli | Partner | 800.00 | 3.60 | 2,880.00 |
| Cassandra Miller | Partner | 725.00 | 45.50 | 32,987.50 |
| Stephen Pigozzi | Associate | 600.00 | 49.10 | 29,460.00 |

| Carolyn Chen | Associate | 550.00 | 7.00 | 3,850.00 |
|---|---|---|---|---|
| Andrew Gunem | Associate | 550.00 | 7.10 | 3,905.00 |
| Min Ro | Paralegal | 200.00 | 2.00 | 400.00 |
| Megan Wang | Paralegal | 200.00 | 1.50 | 300.00 |
| John Erickson | Legal Assistant | 150.00 | 0.30 | 45.00 |
| | | | **132.70** | **$87,107.50** |

17. In the opinion and experience of Class Counsel, this time was reasonably and justifiably incurred.

18. Class Counsel's hourly rates, as set forth in the Lodestar Summary above, are reasonable, appropriate and consistent with the rates charged for legal services in similar complex class action litigation such as this one. Class Counsel has confirmed that their hourly rates as adjusted for inflation have been accepted by state and federal courts for purposes of lodestar determinations and for purposes of lodestar cross-checks in other recent class action cases.

19. The time reported in the schedules set forth above has been audited to ensure that there was no unnecessary duplication of efforts. The lodestar reported in this declaration is reasonable, particularly given the need to match the thorough and high-quality legal work performed by Defendant's sophisticated counsel.

### Plaintiff's Contribution

20. The Settlement Agreement calls for a reasonable service award to Plaintiff in the amount of $5,000, subject to approval of the Court, in addition to any benefits provided to Settlement Class Members and the costs of notice and settlement administration and separate from any award of attorneys' fees and costs. Plaintiff agreed to serve as a Class Representative in an action that comes with the potential for public scrutiny and an impact on one's reputation and has

been actively involved in advancing this litigation. The Service Award is meant to recognize Plaintiff for her effort on behalf of the Class, including by providing a detailed overview of her relationship with Defendant, documents and details regarding the nature and timing of the identity theft she experienced, and the mitigation steps she had already undertaken. Additionally, Plaintiff maintained contact with counsel, answered counsel's many questions,  and reviewed and approved both the agreement in principle and the final Settlement Agreement. Plaintiff also put her personal reputation at risk by suing her former university and placing herself before the public as the representative of the Settlement Class. Plaintiff was not promised a service award, nor did she condition her representation on the expectation of an incentive award.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

I, Cassandra P. Miller, declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 8th day of June, 2026 at Oak Park, Illinois.

By: */s/ Cassandra P. Miller*
Cassandra P. Miller (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

## <u>CERTIFICATE OF SERVICE</u>

I, Cassandra P. Miller, hereby certify that on June 8, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record, below, via the ECF system.

DATED this 8th day of June, 2026.


STRAUSS BORRELLI PLLC

By: */s/ Cassandra P. Miller*
  Cassandra P. Miller (*pro hac vice*)
  STRAUSS BORRELLI PLLC
  One Magnificent Mile
  980 N Michigan Avenue, Suite 1610
  Chicago IL, 60611
  Telephone: (872) 263-1100
  Facsimile: (872) 263-1109
  cmiller@straussborrelli.com