**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KELLY SHEA**, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>**AMERICAN INTERNATIONAL COLLEGE**,<br><br>               Defendant. | Case No. 1:24-cv-11449-AK<br><br>Hon. Angel Kelley |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiff Kelly Shea and ("Plaintiff"), on behalf of herself and the Settlement Class, on behalf of themselves and the proposed Settlement Class,[1] with the consent of Defendant, American International College, hereby moves this Court for Final Approval of the class action Settlement preliminarily approved by this Court on March 24, 2026 (ECF 45). Plaintiff respectfully requests this Court enter a Final Approval Order and thereafter a Final Judgment:

    a.  Granting final certification of the Settlement Class, appointing Plaintiff as Class Representative, and appointing as Class Counsel Cassanda P. Miller of Strauss Borrelli PLLC;

    b.  Finding the Notice program implemented by the Settlement Administrator satisfied due process requirements and Federal Rule of Civil Procedure 23;

---

[1] All capitalized terms herein shall have the same meaning as those defined in the Parties' Settlement Agreement.

1

c. Finding the terms of the Settlement are fair, reasonable, and adequate; the Settlement was entered into after extensive, arm's-length negotiations; and the Settlement terms are approved, adopted, and incorporated by the Court;

d. Directing the Parties, their attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Final Approval Order and the terms of the Agreement;

e. Dismissing with prejudice all claims resolved by the Settlement, including the Released Claims, and ruling the Settlement is binding on all Settlement Class Members, including the Releases contained in the Agreement (subject to the Court retaining jurisdiction to enforce the terms of the Settlement and the Releases); and

f. Approving Class Counsel's Application for Attorneys' Fees and Costs and Service Award.

In support of this Motion, Plaintiff submits her Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and her Motion for Attorneys' Fees and Costs and Service Award and accompanying Declaration of Class Counsel, all other pleadings and papers on file in this Action, and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for August 6, 2026.

DATED: July 21, 2026                          Respectfully submitted,

By: */s/ Cassandra P. Miller*
    Cassandra P. Miller (*Pro Hac Vice*)
    **STRAUSS BORRELLI PLLC**
    One Magnificent Mile
    980 N. Michigan Avenue, Suite 1610
    Chicago, Illinois 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109

cmiller@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and Settlement Class*

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff certifies that they conferred with counsel for Defendant via email on July 21, 2026. Defendant does not oppose the relief sought in this motion.

/s/ Cassandra P. Miller
Cassandra P. Miller

4

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 21st day of July, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Cassandra P. Miller*
Cassandra P. Miller
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

5