# — EXHIBIT 1 —

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KELLY SHEA, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL COLLEGE,<br><br>        Defendant. | Civil Action No. 24-CV-11449-AK |

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Katy Liebhold, declare and state as follows:

1.      Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.      I am a Project Manager at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3.      Established in 2007, Simpluris has administered over 10,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4.      Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement entered on March 24, 2026, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

a.      Establishing and maintaining a Settlement-specific website at www.AICDataSettlement.com;

b.      Establishing and maintaining a Settlement-specific toll-free phone number (1-833-386-6521);

c.      Formatting for printing and mailing a Postcard Notice to Settlement Class Members;

d.      Receiving and processing Settlement Class Members' requests for exclusion from the proposed settlement and objections to the proposed settlement;

e.      Receiving, processing and validating Settlement Class Members' Claim Forms;

f.      Processing and issuing payments via check, PayPal, Venmo, Zelle and E-Mastercard to Settlement Class Members, and sending payments to the Settlement Class Representatives and Settlement Class Counsel;

g.      Providing counsel for the Parties with weekly status reports; and

h.      Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

**CAFA NOTIFICATION**

5.    On April 3, 2026, pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement on behalf of Defendant. Attached hereto as **Exhibit A** is a true and correct copy of the CAFA notice letter sent to the Attorneys General and the list of recipients.

**DIRECT NOTICE PROGRAM**

6.    Pursuant to the Parties' Agreement and the Preliminary Approval Order, Simpluris formatted the Postcard Notice to be sent by mail. The Long Form Notice was also made available on the Settlement Website.

7.    The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

8.    On or about April 2, 2026, Counsel for Defendant provided Simpluris with a data file containing 11,822 Settlement Class Members names and mailing addresses.

9.    Upon receipt of the Class List, Simpluris reviewed the data to ensure it was in proper format for distributing the Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to class members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA. 7 exact duplicates were removed, and the final class list was confirmed to contain 11,815 Settlement Class Members.

10. On April 23, 2026, Simpluris mailed the Postcard Notice to the 11,815 Settlement Class Members for whom a valid mailing address was available. Attached hereto as **Exhibit B** is a true and correct copy of the Postcard Notice.

11. As of July 7, 2026, 1,793 Postcard Notices have been returned by USPS. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Settlement Class Member's name and previous address to locate a more current address. Of the 1,793 returned Notices, 1,714 Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 79 Notices were determined to be undeliverable because no updated address was available. Based on the forgoing, Simpluris has reason to believe that direct notice reached 99.33% of Settlement Class Members (11,736 individuals).

### WEBSITE AND TELEPHONE NUMBER

12. Simpluris prepared and maintains a Settlement website at www.AICDataSettlement.com that includes important dates and deadlines, and Settlement-related documents, including the Settlement Agreement, the Preliminary Approval Order, the Motion for Attorneys' Fees, Costs and Service Award and a downloadable version of the Notice of Class Action Settlement and Claim Form. The website has been available to the public since April 23, 2026. As of July 7, 2026, the website has been visited by 2,078 unique visitors with 4,900 page views. Attached hereto as **Exhibit C** and **Exhibit D** are true and correct copies of the Notice of Class Action Settlement and the Claim Form.

13. A Settlement-specific toll-free telephone number was included in the notice and on the website for the purpose of allowing Settlement Class Members to make inquiries regarding the

Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-833-386-6521. This telephone number is active and has been available to the public since April 23, 2026. The Settlement-specific toll-free telephone number has received 6 phone calls between April 23, 2026, and July 7, 2026.

## CLAIM FORM SUBMISSIONS

14.     The deadline to submit a claim form is July 22, 2026. Settlement Class Members are able to submit a claim through the Settlement Website or by mailing a physical claim form to the Settlement Administrator. As of July 7, 2026, Simpluris has received 642 Claim Form submissions, which equates to a current claims rate of 5.43%.

15.     Reimbursement for Documented Out-Of-Pocket Losses: Of the claims received, 1 Settlement Class Member claimed reimbursement for out-of-pocket losses, totaling $1,820.00.

16.     Credit Monitoring Services: Of the claims received, 194 Settlement Class Members elected to receive credit monitoring services.

17.     Alternative Cash Payment: Of the claims received, 591 Settlement Class Members elected to receive a cash payment.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

18.     The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was June 22, 2026.

19.     As of the date of this Declaration, Simpluris has received zero requests for exclusion from the proposed Settlement.

20.     The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was June 22, 2026.

21.     As of the date of this Declaration, Simpluris has received zero objections to the proposed Settlement from Settlement Class Members.

**ADMINISTRATION COSTS**

22.     Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $27,198.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 9th day of July, 2026 in Buena Vista, Colorado.

_Katy Liebhold_
KATY LIEBHOLD

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.
Page 6 of 6

# EXHIBIT A



Date: April 3, 2026

Re:    **KELLY SHEA V. AMERICAN**
       **INTERNATIONAL COLLEGE**
       **Case Number: 1:24-cv-11449-AK**
       **United States District Court for the Eastern District of Massachusetts**
       **Notice of Proposed Settlement**

Dear Mr./Madam Attorney General:

Defendant American International College ("AIC") provides this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715. The parties to the above-referenced class action have reached a proposed class settlement regarding all individuals residing in the United States whose Personal Information was potentially compromised in the Data Incident discovered by AIC in November 2023, including all those individuals who received notice of the Data Incident.

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement. The documents available on the website are listed below.

| | |
|---|---|
| **Document Site:** | **https://transfer.simpluris.com/link/rAoadI352iAfFsPARlGhmo** <br> This link expires on September 29, 2026. You may need to log in to view and/or download the documents. If you have issues, please contact the Settlement Administrator. |
| **Available Documents:** | Exhibit A – Class Action Complaint <br> Exhibit B – First Amended Class Action Complaint <br> Exhibit C – Plaintiff's Motion, Memorandum, & Declaration for Preliminary Approval <br> Exhibit D – Settlement Agreement <br> Exhibit E – Preliminary Approval Order <br> Exhibit F – Proposed Notice of Class Action Settlement <br> Exhibit G – Summary of Estimated Class Members Based on State |

The class list data used to prepare the summary list of settlement payments is preliminary pursuant to the agreement.

The Court has granted conditional preliminary approval on March 24, 2026 and scheduled a final approval hearing for August 6, 2026.



For additional information about this Settlement, please contact:

| Settlement Administrator: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Simpluris, Inc.<br>3194 Airport Loop Dr., Ste. C<br>Costa Mesa, CA 92663 | Cassandra P. Miller<br>Straus Borrelli PLLC<br>980 N Michigan Ave, Suite 1610<br>Chicago, IL 60611<br>Tel: (872) 263-1100<br>Email: cmiller@straussborrelli.co | Ben Dunlap<br>FREEMAN MATHIS<br> & GARY, LLP<br>One Boston Place<br>201 Washington Street, Suite 2200<br>Boston, MA 02108<br>Tel: 617-963-5973<br>Email: ben.dunlap@fmglaw.com |

Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Katy Liebhold
Project Manager
Katy.Liebhold@simpluris.com
714.640.5617

**Shea v. American International College**
**CAFA Notice Recipient List**

| Name1 | Name2 | State | Method of Notice |
|---|---|---|---|
| Office of the United States Attorney General | The Honorable Pam Bondi | District of Columbia | Paper Mail |
| Office of the Alabama Attorney General | The Honorable Steve Marshall | Alabama | Paper Mail |
| Office of the Alaska Attorney General | The Honorable Treg Taylor | Alaska | Email |
| Office of the American Samoa Attorney General | The Honorable Gwen Tauiliili-Langkilde | American Samoa | Paper Mail |
| Office of the Arizona Attorney General | The Honorable Kris Mayes | Arizona | Paper Mail |
| Office of the Arkansas Attorney General | The Honorable Tim Griffin | Arkansas | Paper Mail |
| Office of the California Attorney General | The Honorable Rob Bonta | California | Paper Mail |
| Office of the California Attorney General | ATTN: CAFA Coordinator | California | Paper Mail |
| Office of the Colorado Attorney General | The Honorable Phil Weiser | Colorado | Paper Mail |
| Office of the Connecticut Attorney General | The Honorable William Tong | Connecticut | Paper Mail |
| Office of the Delaware Attorney General | The Honorable Kathy Jennings | Delaware | Paper Mail |
| Office of the District of Columbia Attorney General | The Honorable Jeanine Pirro, Interim | District of Columbia | Paper Mail |
| Office of the Florida Attorney General | The Honorable James Uthmeier | Florida | Email |
| Office of the Georgia Attorney General | The Honorable Chris Carr | Georgia | Paper Mail |
| Office of the Guam Attorney General | The Honorable Douglas Moylan | Guam | Paper Mail |
| Department of the Attorney General | The Honorable Anne E. Lopez | Hawaii | Paper Mail |
| Office of the Idaho Attorney General | The Honorable Raúl Labrador | Idaho | Paper Mail |
| Office of the Illinois Attorney General | The Honorable Kwame Raoul | Illinois | Email |
| Office of the Indiana Attorney General | The Honorable Todd Rokita | Indiana | Paper Mail |
| Office of the Iowa Attorney General | The Honorable Brenna Bird | Iowa | Paper Mail |
| Office of the Kansas Attorney General | The Honorable Kris Kobach | Kansas | Paper Mail |
| Office of the Kentucky Attorney General | The Honorable Russell Coleman | Kentucky | Paper Mail |
| Office of the Louisiana Attorney General | The Honorable Liz Murrill | Louisiana | Paper Mail |
| Office of the Maine Attorney General | The Honorable Aaron Frey | Maine | Paper Mail |
| Office of the Maryland Attorney General | The Honorable Anthony G. Brown | Maryland | Paper Mail |
| Office of the Massachusetts Attorney General | The Honorable Andrea Campbell | Massachusetts | Paper Mail |
| Department of the Attorney General | The Honorable Dana Nessel | Michigan | Paper Mail |
| Office of the Minnesota Attorney General | The Honorable Keith Ellison | Minnesota | Paper Mail |
| Office of the Mississippi Attorney General | The Honorable Lynn Fitch | Mississippi | Paper Mail |
| Office of the Missouri Attorney General | The Honorable Andrew Bailey | Missouri | Paper Mail |
| Office of the Montana Attorney General | The Honorable Austin Knudsen | Montana | Paper Mail |
| Office of the Nebraska Attorney General | The Honorable Mike Hilgers | Nebraska | Paper Mail |
| Office of the Nevada Attorney General | The Honorable Aaron Ford | Nevada | Email |
| Office of the New Hampshire Attorney General | The Honorable John Formella | New Hampshire | Paper Mail |
| Office of the New Jersey Attorney General | The Honorable Matthew J. Platkin | New Jersey | Paper Mail |
| Office of the New Mexico Attorney General | The Honorable Raul Torrez | New Mexico | Paper Mail |
| Office of the New York Attorney General | The Honorable Letitia James | New York | Email |
| Office of the North Carolina Attorney General | The Honorable Jeff Jackson | North Carolina | Paper Mail |
| Office of the North Dakota Attorney General | The Honorable Drew Wrigley | North Dakota | Paper Mail |
| Office of the Northern Mariana Islands Attorney Ge | The Honorable Edward Manibusan | Northern Mariana Islands | Paper Mail |
| Office of the Ohio Attorney General | The Honorable Dave Yost | Ohio | Paper Mail |
| Office of the Oklahoma Attorney General | The Honorable Gentner Drummond | Oklahoma | Paper Mail |
| Office of the Oregon Attorney General | The Honorable Dan Rayfield | Oregon | Paper Mail |
| Office of the Pennsylvania Attorney General | The Honorable Dave Sunday | Pennsylvania | Paper Mail |
| Puerto Rico Department of Justice | The Honorable Janet Parra-Mercado | Puerto Rico | Paper Mail |
| Office of the Rhode Island Attorney General | The Honorable Peter F. Neronha | Rhode Island | Paper Mail |
| Office of the South Carolina Attorney General | The Honorable Alan Wilson | South Carolina | Paper Mail |
| Office of the South Dakota Attorney General | The Honorable Marty Jackley | South Dakota | Paper Mail |
| Office of the Tennessee Attorney General | The Honorable Jonathan Skrmetti | Tennessee | Paper Mail |
| Office of the Texas Attorney General | The Honorable Ken Paxton | Texas | Paper Mail |
| Office of the Utah Attorney General | The Honorable Derek Brown | Utah | Paper Mail |
| Office of the Vermont Attorney General | Shea Honorable Charity R. Clark | Vermont | Paper Mail |
| Office of the Virgin Islands Attorney General | The Honorable Gordon C. Rhea | Virgin Islands | Paper Mail |

**Shea v. American International College**
**CAFA Notice Recipient List**

| | | | |
|---|---|---|---|
| Office of the Virginia Attorney General | The Honorable Jason Miyares | Virginia | Paper Mail |
| Office of the Washington Attorney General | The Honorable Nick Brown | Washington | Email |
| Office of the West Virginia Attorney General | The Honorable John B. McCuskey | West Virginia | Email |
| Office of the Wisconsin Attorney General | The Honorable Joshua Kaul | Wisconsin | Paper Mail |
| Office of the Wyoming Attorney General | The Honorable Bridget Hill | Wyoming | Paper Mail |

# EXHIBIT B

**Why am I receiving this notice?** A Settlement has been reached with American International College ("AIC") in a class action lawsuit ("Settlement"). The case is about the November 2023 cyberattack on AIC's computers (the "Data Incident"). Files containing private information were accessed. AIC denies that it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the lawsuit to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement is available online.

**Who is included in the Settlement?** The Court has defined the class as: "The Court has defined the Settlement Class as: All individuals residing in the United States whose Personal Information was potentially compromised in the Data Incident discovered by Defendant in November 2023, including, but not limited to, individuals who received notice of the Data Incident.."

The Court has appointed an experienced attorney, called "Class Counsel," to represent the Class.

**What are the Settlement benefits?** You can claim two years of **Credit Monitoring Services** and one or more of the **Cash Payment** options.

**Cash Payment A:** A pro rata cash payment estimated to be approximately $50, depending on the number of valid claims submitted.

**Cash Payment B:** If you have documented losses you can get **$5,000**. Full details and instructions are available online.

**How do I receive a benefit?** If you are claiming reimbursement for Out-of-Pocket Losses (up to $5,000), you must submit documentation. Claims may be submitted online or by mail using the full Claim Form available on the Settlement Website. Tear at perforation, and return by U.S. Mail. Postage is already paid. For a full paper Claim Form call **(833) 386-6521**. **Claims must be submitted online or postmarked by July 22, 2026.**

**What if I don't want to participate in the Settlement?** If you do not want to be part of the Settlement, you must exclude yourself by **June 22, 2026**, or you will not be able to sue AIC for the claims made in *this* lawsuit. If you exclude yourself, you cannot get benefits from this Settlement. If you want to object to the Settlement, you may file an objection by **June 22, 2026**. The Settlement Agreement, available online, explains how to exclude yourself or object.

**When will the Court approve the Settlement?** The Court will hold a hearing in this case on **August 6, 2026**, at **11:30 A.M.** at the District Court for the District of Massachusetts, at 1 Courthouse Way, Boston, Massachusetts 02210, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorney's fees and costs of up to $105,000; costs of litigation; and $5,000 for the Plaintiff. You may attend the hearing at your own cost, but you do not have to.

**This notice is only a summary. Visit the settlement website online or scan this QR code for complete information.**



---

**2D bar code**

www.AICDataSettlement.com

CaseID: 9365
SIMID: «SIMID»

|||| (barcode)

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO 47     COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**AIC DATA INCIDENT SETTLEMENT**
 **C/O SETTLEMENT ADMINISTRATOR**
**P.O. BOX 25226**
**SANTA ANA, CA  92799**



AIC Data Incident Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

First-Class
Mail
US Postage
Paid
Permit #__

*Kelly Shea v.*
*American International College*
Case No. 1:24-cv-11449-AK

---

**IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE NOVEMBER 2023 AMERICAN INTERNATIONAL COLLEGE DATA INCIDENT, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS AND ENTITLE YOU TO BENEFITS AND A CASH PAYMENT.**

---

*A court has authorized this Notice.*

*This is not a solicitation from a lawyer.*

*You are not being sued.*

**This notice is only a summary. Visit www.AICDataSettlement.com Or scan this QR code for complete information.**

Unique ID: «ClaimLoginID»
PIN: «ClaimLoginPIN»

Postal Service: Please do not mark barcode

«IMbFullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State» «Zip»

---

**AIC Data Incident Settlement**

«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»

*Complete this Claim Form, tear at perforation, and return by U.S. Mail no later than **July 22, 2026**.*

*Only one Claim Form per Class Member.*

Unique ID: «ClaimLoginID»
PIN: «ClaimLoginPIN»

**INSTRUCTIONS:** Use this card to submit your claim for two years of **Credit Monitoring Services** and/or the $50.00 **Cash Payment A - *Pro Rata* Cash Payment**.

To claim cash payments for out-of-pocket expenses, visit the settlement website at **www.AICDataSettlement.com**. To request a full paper Claim Form, call **(833) 386-6521.**

☐ Check this box to enroll in two years of **Credit Monitoring Services** from CyEx Financial Shield Complete.

Please **PRINT** your email address below (required):

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

☐ Check this box to claim a one-time $50.00 **Cash Payment A - *Pro Rata* Cash Payment**.

How would you like to be paid:

Check ***one***: ☐ PayPal  ☐ Venmo  ☐ Zelle  ☐ Virtual Prepaid Card  ☐ Check (sent to above address)

For digital payment options, please **PRINT** your email address below:

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



Notify us if your contact information is different from what is shown above, or changes after submitting this form.

CaseID: 9365
SIMID: «SIMID»

# EXHIBIT C

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*Kelly Shea v. American International College*
Case No. 1:24-cv-11449-AK
District Court for the District of Massachusetts

**IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE NOVEMBER 2023 <u>AMERICAN INTERNATIONAL COLLEGE</u> DATA INCIDENT, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS, AND ENTITLE YOU TO BENEFITS AND A <u>CASH PAYMENT</u>.**

*A court has authorized this notice. This is not a solicitation from a lawyer.*
*You are not being sued.*
***Please read this Notice carefully and completely.***

- A Settlement has been reached with American International College ("AIC" or "Defendant") in a class action lawsuit. This case is about the targeted cyberattack on AIC's computer systems that occurred in November 2023 (the "Data Incident"). Certain files that contained private information were accessed. These files may have contained personal information such as Social Security numbers; dates of birth; and financial information.

- The lawsuit is called *Kelly Shea v. American International College*, Case No.1:24-cv-11449-AK. It is pending in the District Court for the District of Massachusetts (the "Litigation").

- AIC denies that it did anything wrong, and the Court has not decided who is right.

- The parties have agreed to settle the lawsuit (the "Settlement") to avoid the costs and risks, disruptions, and uncertainties of continuing the Litigation.

- AIC's records indicate that you are a Class Member, and entitled to benefits under the Settlement. You may have received a previous notice directly from AIC.

- Your rights are affected whether you act or don't act. ***Please read this Notice carefully and completely.***

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to receive benefits or payments from this Settlement is by submitting a valid and timely Claim Form.<br><br>The fastest way to submit your Claim Form is online at www.AICDataSettlement.com. If you prefer, you can download the Claim Form from the Settlement Website and mail it to the Settlement Administrator. You may also call or email the Settlement Administrator to receive a paper copy of the Claim Form. | **July 22, 2026** |
| **OPT OUT OF THE SETTLEMENT** | You can choose to opt out of the Settlement and receive no benefit or payment. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendants related to the legal claims resolved by this Settlement. You can hire your own lawyer at your own expense. | **June 22, 2026** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for Settlement benefits. | **June 22, 2026** |
| **DO NOTHING** | Unless you opt out of the Settlement, you are automatically part of the Settlement. If you do nothing, you will not receive benefits or payments from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims resolved by this Settlement. | No Deadline |

- These rights and options—**and the deadlines to exercise them—**are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION ...................................................................................................3
WHO IS IN THE SETTLEMENT .....................................................................................4
THE SETTLEMENT BENEFITS........................................................................................4
SUBMITTING A CLAIM FORM FOR SETTLEMENT BENEFITS ................................5
THE LAWYERS REPRESENTING YOU .........................................................................6
EXCLUDING YOURSELF FROM THE SETTLEMENT .................................................6
COMMENTING ON OR OBJECTING TO THE SETTLEMENT....................................7
THE COURT'S FINAL APPROVAL HEARING ..............................................................8
IF I DO NOTHING ...........................................................................................................8
GETTING MORE INFORMATION ..................................................................................9

# Basic Information

## 1. Why was this Notice issued?

The District Court for the District of Massachusetts, authorized this Notice. You have a right to know about the proposed Settlement of this class action lawsuit, and about all of your options, before the Court decides whether to grant final approval of the Settlement. This Notice explains the lawsuit, your legal rights, what benefits are available, and who can receive them.

The lawsuit is called *Kelly Shea v. American International College*, Case No. 1:24-cv-11449-AK. It is pending in the District Court for the District of Massachusetts. The person that filed this lawsuit is called the "Plaintiff" (or "Class Representative") and the company they sued, American International College, is called the "Defendant."

## 2. What is this lawsuit about?

This lawsuit alleges that during the November 2023 targeted cyberattack on AIC's computer systems, certain files that contained private information were accessed. These files may have contained personal information such as Social Security numbers; dates of birth; and financial information.

## 3. What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are called the "Plaintiffs" or "Class Representatives." Together, the people included in the class action are called a "Class" or "Class Members." One court resolves the lawsuit for all Class Members, except for those who opt out from the settlement. In this Settlement, the Class Representative is Kelly Shea. Everyone included in this Action are the Class Members.

## 4. Why is there a Settlement?

The Court did not decide whether the Plaintiff or the Defendant are right. Both sides have agreed to a Settlement to avoid the costs and risks of a trial, and to allow the Class Members to receive benefits from the Settlement. The Plaintiff and their attorney think the Settlement is best for all Class Members.

# Who is in the Settlement?

## 5. Who is included in the Settlement?

The Court has defined the Settlement Class as: "All individuals residing in the United States whose Personal Information was potentially compromised in the Data Incident discovered by Defendant in November 2023, including, but not limited to, individuals who received notice of the Data Incident."

## 6. Are there exceptions to being included?

Yes. Excluded from the Class are: (1) the Judge in this case, and the Judge's family and staff; (2) AIC and its officers, directors, and related companies; and (3) anyone who validly excludes themselves from the Settlement.

If you are not sure whether you are a Class Member, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@AICDataSettlement.com
- Call toll free, 24/7: (833) 386-6521
- By mail:  AIC Data Incident Settlement
    c/o Settlement Administrator
    P.O. Box 25226
    Santa Ana, CA 92799

You may also view the Settlement Agreement at www.AICDataSettlement.com.

# The Settlement Benefits

## 7. What does the Settlement provide?

AIC will establish a Settlement Fund of $315,000.00. The Settlement Fund will first be used to pay court-approved attorneys' fees and costs, Service Award payments for the Plaintiffs, and the costs of administering the Settlement. The net remaining money will be used to pay for the benefits described below.

**CREDIT MONITORING SERVICES.** All Class Members are eligible to enroll in two years of CyEx Financial Shield Complete. This comprehensive service comes with $1 million of financial fraud insurance, and includes monitoring for:

- fraud or identity theft
- unauthorized financial transactions
- personal information associated with high-risk transactions

If anything suspicious happens, you will be able to talk to a fraud resolution agent to help fix any problems.

**CASH PAYMENT OPTIONS**

**Cash Payment A - *Pro Rata* Cash Payment.** All Class Members may claim a one-time *pro rata* cash payment.

4

Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com

After payment of approved fees, expenses, service awards, administrative costs, and other valid claims, the remaining Settlement Fund will be distributed pro rata to Settlement Class Members who submit valid claims for Cash Payment A. All of this remaining money will be divided equally between everyone who claims Cash Payment A - *Pro Rata* Cash Payment.

This payment is expected to be **$50.00**, but may be larger or smaller depending on the total claims filed.

**Cash Payment B - Reimbursement For Out-Of-Pocket Losses.** If you incurred actual, documented out-of-pocket losses due to the Data Incident, you can get back up to **$5,000.00**. The losses must have occurred between November 14, 2023, and July 22, 2026.

This benefit covers out-of-pocket expenses like:

- losses because of identity theft or fraud
- fees for credit reports, credit monitoring, or freezing and unfreezing your credit
- cost to replace your IDs
- postage to contact banks by mail

You need to send proof, like bank statements or receipts, to show how much you spent or lost. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone are not enough to make a valid claim. Your proof or notes should show that your expenses were because of the Data Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

If you have questions about these benefits, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@AICDataSettlement.com
- Call toll free, 24/7: (833) 386-6521
- By mail:  AIC Data Incident Settlement
             c/o Settlement Administrator
             P.O. Box 25226
             Santa Ana, CA 92799

## 8. What claims am I releasing if I stay in the Class?

If you stay in the class, you won't be able to be part of any other lawsuit against AIC about the issues that this Settlement covers. The "Releases" section of the Settlement Agreement (Section XI) describes the legal claims that you give up if you remain in the Class. The Settlement Agreement is available at www.AICDataSettlement.com.

# Submitting a Claim Form for a Settlement Payment

## 9. How do I submit a claim for a Settlement benefit?

The fastest way to submit your Claim Form is online at www.AICDataSettlement.com. If you prefer, you can download a printable Claim Form from the website and mail it to the Settlement Administrator at:

5

**Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com**

AIC Data Incident Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

You may also contact the Settlement Administrator to request a Claim Form by telephone, toll free, (833) 386-6521, by email info@AICDataSettlement.com, or by U.S. mail at the address above.

## 10. Are there any important Settlement payment deadlines?

If you are submitting a Claim Form online, you must do so by July 22, 2026. If you are submitting a claim by U.S. mail, the completed and signed Claim Form, including supporting documentation, must be postmarked no later than July 22, 2026.

## 11. When will the Settlement benefits be issued?

The Court will hold a Final Approval Hearing on August 6, 2026 (**see Question 18**). If the Court approves the Settlement, there may be appeals. We do not know if appeals will be filed, or how long it will take to resolve them if they are filed.

Settlement payments will be distributed if the Court grants final approval, and after any appeals are resolved.

# The Lawyers Representing You

## 12. Do I have a lawyer in the case?

Yes, the Court has appointed attorney Cassandra P. Miller of Strauss Borrelli PLLC, to represent you and other Class Members ("Class Counsel").

## 13. Should I get my own lawyer?

You will not be charged for Class Counsel's services. If you want your own lawyer, you may hire one at your expense.

## 14. How will Class Counsel be paid?

Class Counsel will ask the court to approve $105,000.00 as reasonable attorneys' fees, plus reimbursement of litigation costs. This amount will be paid from the Settlement Fund.

Class Counsel will also ask for a Service Award Payment of $5,000.00 for the Class Representative. The Service Award Payment will also be paid from the Settlement Fund.

# Excluding Yourself from the Settlement

## 15. How do I opt out of the Settlement?

If you do not want to be part of the Settlement, you must formally exclude yourself from the Settlement. This is called a Request for Exclusion, and is sometimes also called "opting out." If you opt out, you will not receive Settlement benefits or payment. However, you will keep any rights you may have to sue AIC on your own about the legal issues in this case.

If you exclude yourself, you are telling the Court that you do not want to be part of the Settlement. You will not be eligible to receive any Settlement benefits if you exclude yourself.

The deadline to exclude yourself from the Settlement is June 22, 2026.

To be valid, your Request for Exclusion must have the following information:

(1)  the name of the Litigation: *Kelly Shea v. American International College*, Case No. 1:24-cv-11449-AK, pending in the District Court for the District of Massachusetts;

(2)  your full name, mailing address, telephone number, and email address;

(3)  personal signature; and

(4)  the words "Request for Exclusion" or a clear and similar statement that you do not want to participate in the Settlement.

You may only exclude yourself—not any other person.

Mail your Request for Exclusion to the Settlement Administrator at:

AIC Data Incident Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

Your Request for Exclusion must be submitted, postmarked, or emailed by June 22, 2026.

# Commenting on or Objecting to the Settlement

## 16. How do I tell the Court if I like or do not like the Settlement?

If you are a Class Member and do not like part or all of the Settlement, you can object to it. Objecting means telling the Court your reasons for why you think the Court should not approve the Settlement. The Court will consider your views.

You cannot object if you have excluded yourself from the Settlement (*see* **Question 15**)

You must provide the following information for the Court to consider your objection:

(1)  the name of the Litigation: *Kelly Shea v. American International College*, Case No. 1:24-cv-11449-AK, pending in the District Court for the District of Massachusetts;

(2)  your full name, mailing address, telephone number, and email address;

(3)  a clear description of all the reasons you object; include any legal support, such as documents, you may have for your objection;

(4)  whether the objection applies only to you, or to other Class Members, as well;

(5)  if you have hired your own lawyer to represent you for this objection, provide their name, bar number, and contact information;

(6)  whether or not you or your lawyer would like to speak at the Final Approval Hearing;

(7)    if you or your lawyer have objected in any other cases, list the names, courts, and civil action numbers for each of those cases; and

(8)    your signature (or, if you have hired your own lawyer, your lawyer's signature).

For your objection to be valid, it must meet each of these requirements.

To be considered by the Court, you must file your complete objection with the Clerk of Court by June 22, 2026. You must also send a copy of the objection to the Settlement Administrator.

| Clerk of the Court | Settlement Administrator |
|---|---|
| Clerk of the Court<br>1 Courthouse Way<br>Boston, Massachusetts 02210 | AIC Data Incident Settlement<br>c/o Settlement Administrator<br>P.O. Box 25226<br>Santa Ana, CA 92799 |

## 17. What is the difference between objecting and excluding?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and stating to the Court that you do not want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because the Settlement no longer affects you.

# The Court's Final Approval Hearing

## 18. When is the Court's Final Approval Hearing?

The Court will hold a Final Approval Hearing on **August 6, 2026 at 11:30 AM Eastern Time**, in Room 8 of the District Court for the District of Massachusetts, at 1 Courthouse Way, Boston, Massachusetts 02210.

At the final approval hearing, the Court will decide whether to approve the Settlement. The court will also decide how Class Counsel should be paid, and whether to award a Service Award Payment to the Class Representative. The Court will also consider any objections to the Settlement.

If you are a Class Member, you or your lawyer may ask permission to speak at the hearing at your own cost (*See* Question 16).

The date and time of this hearing may change without further notice. Please check www.AICDataSettlement.com for updates.

## 19. Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish, but you do not have to.

If you file an objection, you do not have to come to the Final Approval Hearing to talk about it; the Court will consider it as long as it was filed on time. You may also pay your own lawyer to attend, but you do not have to.

# If I Do Nothing

## 20. What happens if I do nothing at all?

If you do nothing, you will not receive a benefit from this Settlement.

You will also give up the rights described in **Question 8**.

# Getting More Information

## 21. How do I get more information?

This Notice is a summary of the proposed Settlement. The full Settlement Agreement and other related documents are available at the Settlement Website, www.AICDataSettlement.com.

If you have additional questions, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@AICDataSettlement.com
- Call toll free, 24/7: (833) 386-6521
- By mail:  AIC Data Incident Settlement
       c/o Settlement Administrator
       P.O. Box 25226
       Santa Ana, CA 92799

You can obtain copies of publicly filed documents by visiting the office of the Clerk of the Court, 1 Courthouse Way, Boston, Massachusetts 02210.

**DO NOT CONTACT THE COURT OR CLERK OF COURT REGARDING THIS SETTLEMENT**

9

Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com

# EXHIBIT D

<table>
<tr><td>

**Your claim must be submitted online or postmarked by:**
**July 22, 2026**

</td><td>

*Kelly Shea v. American International College*
Case No. 1:24-cv-11449-AK
District Court for the District of Massachusetts

**DATA INCIDENT SETTLEMENT CLAIM FORM**

</td><td>

**Your claim must be submitted online or postmarked by:**
**July 22, 2026**

</td></tr>
</table>

## GENERAL INSTRUCTIONS

**Who is eligible to file a claim?** The Court has defined the Settlement Class as: "All individuals residing in the United States whose Personal Information was potentially compromised in the Data Incident discovered by Defendant in November 2023, including, but not limited to, individuals who received notice of the Data Incident."

**Excluded from the Settlement Class** are: (1) the Judge in this case, and the Judge's family and staff; (2) AIC and its officers, directors, and related companies; and (3) anyone who validly excludes themselves from the Settlement.

**COMPLETE THIS CLAIM FORM IF YOU ARE A CLASS MEMBER AND WISH TO RECEIVE ONE OR MORE OF THE FOLLOWING SETTLEMENT BENEFITS**

## AVAILABLE BENEFITS

AIC will establish a Settlement Fund of $315,000.00. The Settlement Fund will first be used to pay court-approved attorneys' fees and costs, Service Award payments for the Plaintiffs, and the costs of administering the Settlement. The net remaining money will be used to pay for the benefits described below.

**CREDIT MONITORING SERVICES.** All Class Members are eligible to enroll in two years of CyEx Financial Shield Complete. This comprehensive service comes with $1 million of financial fraud insurance, and includes monitoring for:

- fraud or identity theft
- unauthorized financial transactions
- personal information associated with high-risk transactions

If anything suspicious happens, you will be able to talk to a fraud resolution agent to help fix any problems.

**CASH PAYMENT OPTIONS**

**Cash Payment A - *Pro Rata* Cash Payment.** All Class Members may claim a one-time *pro rata* cash payment.

It is expected that a significant amount of money will remain in the Settlement Fund after all expenses and all other benefits have been paid. All of this remaining money will be divided equally between everyone who claims Cash Payment A - *Pro Rata* Cash Payment.

This payment is expected to be **$50.00**, but may be larger or smaller depending on the total claims filed.

**Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com**

*Kelly Shea v. American International College*
Case No. 1:24-cv-11449-AK
District Court for the District of Massachusetts

**DATA INCIDENT SETTLEMENT CLAIM FORM**

**Cash Payment B - Reimbursement For Out-Of-Pocket Losses.** If you incurred actual, <u>documented</u> out-of-pocket losses due to the Data Incident, you can get back up to **$5,000.00**. The losses must have occurred between November 14, 2023, and July 22, 2026.

This benefit covers out-of-pocket expenses like:

- losses because of identity theft or fraud
- fees for credit reports, credit monitoring, or freezing and unfreezing your credit
- cost to replace your IDs
- postage to contact banks by mail

You need to send proof, like bank statements or receipts, to show how much you spent or lost. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone <u>are not enough</u> to make a valid claim. Your proof or notes should show that your expenses were because of the Data Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

If you have questions about these benefits, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@AICDataSettlement.com
- Call toll free, 24/7: (833) 386-6521
- By mail:  AIC Data Incident Settlement
           c/o Settlement Administrator
           P.O. Box 25226
           Santa Ana, CA 92799

**THE MOST EFFICIENT WAY TO SUBMIT YOUR CLAIMS IS ONLINE AT
WWW.AICDATASETTLEMENT.COM.**

You may also print out and complete this Claim Form, and submit it by U.S. mail.

An electronic image of the completed Claim Form can also be emailed to info@AICDataSettlement.com.

**You must submit your Claim Form online, by mail, or by email no later than July 22, 2026.**

**Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com**

<table>
<tr><td>

**Your claim must be submitted online or postmarked by: July 22, 2026**

</td><td>

*Kelly Shea v. American International College*
Case No. 1:24-cv-11449-AK
District Court for the District of Massachusetts

**DATA INCIDENT SETTLEMENT CLAIM FORM**

</td><td>

**Your claim must be submitted online or postmarked by: July 22, 2026**

</td></tr>
</table>

## I.  CLASS MEMBER NAME AND CONTACT INFORMATION

Print your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this claim form.  All fields are required. **Please print legibly.**

First Name

Last Name

Street Address

City

State

Zip Code

Email Address

Phone Number

Unique ID (if known)

## II. CREDIT MONITORING SERVICES

☐    Check this box if you would like to enroll in two years of Credit Monitoring Services from CyEx Financial Shield Complete.

## III. CASH PAYMENT A - *PRO RATA* CASH PAYMENT

☐    Check this box if you want to claim a one-time $50.00 *pro rata* cash payment.

**Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com**

**Your claim must be submitted online or postmarked by: July 22, 2026**

*Kelly Shea v. American International College*
Case No. 1:24-cv-11449-AK
District Court for the District of Massachusetts

**DATA INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: July 22, 2026**

---

## IV. CASH PAYMENT B - REIMBURSEMENT FOR OUT-OF-POCKET LOSSES

☐ Check this box if you would like to claim reimbursement for <u>documented</u> losses due to identity theft or fraud. You can get back up to $5,000.00.

*Please complete the table below, describing the supporting documentation you are submitting.*

| Description of Documentation Provided | Amount |
|---|---|
| *Example: Unauthorized bank transfer* | *$500* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL CLAIMED:** |  |

If you have more expenses than rows, you may attach additional sheets of paper to account for them. Please print your name and sign the bottom of each additional sheet of paper.

---

## V. PAYMENT SELECTION

Please select **one** of the following payment options, which will be used if you are claiming a cash payment.

☐ **PayPal**
Email address, if different than you provided in Section 1:_____

☐ **Venmo**
Mobile number, if different than you provided in Section 1:_____

☐ **Zelle**
Email address or mobile number, if different than you provided in Section 1:_____

☐ **Virtual Prepaid Card**
Email address, if different than you provided in Section 1:_____

☐ **Physical Check**
Payment will be mailed to the address provided in Section 1.

**Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com**

**Your claim must be submitted online or postmarked by:**
**July 22, 2026**

*Kelly Shea v. American International College*
Case No. 1:24-cv-11449-AK
District Court for the District of Massachusetts

**DATA INCIDENT SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by:**
**July 22, 2026**

| VI. ATTESTATION & SIGNATURE |
| --- |

I swear and affirm on penalty of perjury that the information provided in this Claim Form, including supporting documentation, is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

_____     _____     _____
Signature                                   Printed Name                            Date

**Questions? Call (833) 386-6521 Toll-Free or Visit www.AICDataSettlement.com**